UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN
_____

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND, NORTHERN
WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN GENTRY,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS and CONTRACT ADMINISTRATION FUND,
        Plaintiffs,

                            Case No.  08-cv-236-bbc

   vs.

JON L. SANSONE d/b/a JLS ASSOCIATES, INC.,
        Defendant.
_____
**ENTRY OF DEFAULT OF DEFENDANT**
**JON L. SANSONE D/B/A JLS ASSOCIATES, INC.**
_____

      The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendant in the above-captioned matter, Jon L. Sansone d/b/a JLS Associates, Inc., has failed to plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

      The Clerk hereby enters the default of Defendant Jon L. Sansone d/b/a JLS Associates, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

      Dated this 25th day of June, 2008.

                                    /s/_____
                                  Theresa M. Owens
                                  Clerk of Court