UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS and CONTRACT ADMINISTRATION FUND,

          Plaintiffs,

                           Case No.  08-C-236

      vs.

JON L. SANSONE d/b/a JLS ASSOCIATES, INC.,

          Defendant.

ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

1.     Defendant Jon L. Sansone d/b/a JLS Associates, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.     Jon L. Sansone d/b/a JLS Associates, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement

Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit fund contributions, interest and liquidated damages on behalf of its employees to the Plaintiff Funds.

3.      The court assesses the total damages in favor of the Plaintiffs and against the Defendant in the sum of $7,217.04 for contributions, interest and liquidated damages for the audited period April 1, 2004 through April 30, 2004 as well as attorneys fees and costs incurred in their prosecution of this matter.

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council Of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund and Labor Management Cooperation Trust Fund, North Central States Regional Council Of Carpenters and Contract Administration Fund and against Defendant Jon L. Sansone d/b/a JLS Associates, Inc. in the amount of $7,217.04.

Dated this 30th day of July, 2008.

BY THE COURT

Barbara B. Crabb

U. S. District Court Judge