UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS and CONTRACT ADMINISTRATION FUND,

        Plaintiffs,

                              Case No. 08-C-236

vs.

JON L. SANSONE d/b/a JLS ASSOCIATES, INC.,

        Defendant.

## ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered, **IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council Of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund and Labor Management Cooperation Trust Fund, North Central States Regional Council Of Carpenters and Contract Administration Fund recover from the Defendant Jon L. Sansone d/b/a JLS Associates, Inc. the sum of $7,217.04 for contributions, interest,

-1-

-2-

liquidated damages for the audit period April 1, 2004 through April 30, 2004.

Dated at Madison, Wisconsin, this _____ day of June, 2008.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 30th day of June, 2008.

_Barbara B. Crabb_
U. S. District Court Judge