UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS and CONTRACT ADMINISTRATION FUND,

      Plaintiffs,

                                          Case No. 08-C-236

vs.

JON L. SANSONE d/b/a JLS ASSOCIATES, INC.,

      Defendant.

## AMENDED ORDER FOR JUDGMENT

Motions for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.     Defendant Jon L. Sansone d/b/a JLS Associates, Inc., has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

2.     Defendant Jon L. Sansone d/b/a JLS Associates, Inc., violated the Labor

-1-

Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds covering the period of April 1, 2004 through April 30, 2004.

3. On July 31, 2008, the Court entered judgment on behalf of the Plaintiffs Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council Of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund and Labor Management Cooperation Trust Fund, North Central States Regional Council Of Carpenters and Contract Administration Fund and against Defendant Jon L. Sansone d/b/a JLS Associates, Inc., in the amount of $7,217.04.

4. Plaintiffs have filed their Motion to Amend Judgment and Amended Affidavit of Damages and Attorney's Fees. Said Amended Affidavit sets forth $7,830.95 in damages, attorney's fees and costs.

**IT IS HEREBY ORDERED:**

Pursuant to Rule 59(e) of the Fed. R. Civ. P., the Clerk of Court is directed to enter the amended judgment in favor of Plaintiffs Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council Of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund and Labor Management Cooperation Trust Fund, North Central States Regional Council Of Carpenters and Contract Administration Fund and against Defendant Jon L. Sansone d/b/a JLS Associates, Inc., in the amount of $7,830.95 together with interest at

the rate allowed by law.

Dated this \_\_\_4th\_\_\_ day of \_\_\_August\_\_\_, 2008.

BY THE COURT

_____
U. S. District Court Judge

Judgment entered this \_\_6th\_\_ day of August, 2008.

_____
Joel W. Turner, Acting Clerk of Court

-3-