UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS and CONTRACT ADMINISTRATION FUND,

    Plaintiffs,

              Case No. 08-C-236

vs.

JON L. SANSONE d/b/a JLS ASSOCIATES, INC.,

    Defendant.

---

### ORDER TO VACATE JUDGMENT

---

Based on the foregoing Motion to Vacate,

**IT IS HEREBY ORDERED,** that the judgment entered against Defendant Jon L. Sansone d/b/a JLS Associates, Inc. entered on August 6, 2008 in the above-captioned matter is hereby vacated.

Dated this 23rd day of October, 2008.

            BY THE COURT

            _Barbara B. Crabb_
            Judge, U. S. District Court